# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )
              Plaintiff     )    CRIMINAL NO. _O8CR 733-LAB_
                            )
                            )         ORDER
       vs.                  )
                            )    RELEASING MATERIAL WITNESS
Luis Alberto Casillas—      )
              Ramirez       )
                            )    Booking No. 07365298
           Defendant(s)     )
_____)

On order of the United States District/Magistrate Judge,    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Bardomiano Ramos—Ayala

DATED: 3-13-08

RECEIVED _____
                 **DUSM**

**NITA L. STORMES**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
            Deputy Clerk