FILED

2008 JUN 23 PM 4: 21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____MWR_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUIS ALBERTO CASILLAS-RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 08CR00733-001-LAB <br><br> O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 28, 2008 is vacated and reset to September 8, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6/20/08

*Larry A Burns*

Larry A. Burns
U.S. District Judge

cc: all counsel of record

/mwr