**FREDERICK M. CARROLL**
California State Bar No. 227628
424 F Street, Suite A
San Diego, CA 92101
Telephone: 619-702-3251

Attorney for Mr. Casillas-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0733-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| | ) | |
| LUIS ALBERTO CASILLAS-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing, **IT IS HEREBY JOINTLY MOVED BY AND AGREED BETWEEN THE PARTIES**, that the sentencing hearing set for September 8, 2008 at 9:00 a.m. be rescheduled to October 14, 2008 at 9:30 a.m.

**SO STIPULATED.**

Dated:    09/04/08                      /s/ Frederick M. Carroll
                                        **FREDERICK M. CARROLL**
                                        Attorney for Mr. Casillas-Ramirez

Dated:    09/04/08                      /s/ Christina McCall
                                        **CHRISTINA McCALL**
                                        Assistant United States Attorney

1

**FREDERICK M. CARROLL**
2  California State Bar No. 227628
424 F Street, Suite A
3  San Diego, CA 92101
Telephone: 619-702-3251
4

5  Attorney for Mr. Casillas-Ramirez

6

7

8                          UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE LARRY A. BURNS)**

11  UNITED STATES OF AMERICA,              )    Criminal Case No. 08CR0733-LAB
                                           )
12              Plaintiff,                 )
                                           )
13  v.                                     )
                                           )    DECLARATION OF
14  LUIS ALBERTO CASILLAS-RAMIREZ,         )    FREDERICK M. CARROLL
                                           )
15              Defendant.                 )
                                           )
16  _____

17          I, Frederick M. Carroll, declare under penalty of perjury that:

18          1.      I am the attorney for Mr. Casillas-Ramirez in the above-captioned case and make this

19  declaration in support of a joint motion filed extending the sentencing hearing set for September 8, 2008 at

20  9:00 a.m. be rescheduled to October 14, 2008 at 9:30 a.m.

21          2.      I will be in trial at Vista court and the date cannot be changed.

22          3.      Christina McCall, Assistant United States Attorney in this matter, was contacted via

23   telephone on September 4, 2008, and has no objection to the extension of the sentencing hearing date.

24          I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

25

    Dated:  09/04/08                           /s/ Frederick M. Carroll
26                                              FREDERICK M. CARROLL

27

28