**CERTIFICATE OF SERVICE**

<u>U.S. v. Luis Alberto Casillas-Ramirez</u>
**Case No. 08CR0733-LAB**

    Counsel for Defendant Luis Alberto Casillas-Ramirez hereby certifies that on this date copies of Defendant's Joint Stipulation for Continuance of Sentencing Hearing were served electronically upon the following attorneys:

    AUSA, Christina McCall

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 4, 2008, at San Diego, California.

                                                     s/Frederick M. Carroll
                                                   Frederick M. Carroll