UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0733-LAB |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LUIS ALBERTO CASILLAS-RAMIREZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing set for September 8, 2008 at 9:00 a.m. be rescheduled to October 14, 2008 at 9:30 a.m.

**SO ORDERED.**

DATED: September 5, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08CR0733-LAB